

# Fourth Court of Appeals
## San Antonio, Texas

July 10, 2018

No. 04-17-00112-CV

**GARY BEAVERS CONSTRUCTION**, Gary W. Beavers, and Amy Beavers,
Appellants

v.

Robert W. **SKLOSS** and Jaclyn H. Nguyen,
Appellees

From the 452nd District Court, Edwards County, Texas
Trial Court No. 4048
The Honorable Robert Hoffman, Judge Presiding

## O R D E R

Sitting:     Sandee Bryan Marion, Chief Justice
            Marialyn Barnard, Justice
            Luz Elena D. Chapa, Justice

The panel has considered the appellant's Motion for Extension of Time to file Motion for Rehearing/Reconsideration En Banc, and the motion is **GRANTED**. The new due date is August 6, 2018.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of July, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court